No. 02–7372. MACIAS MADRIAGA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ■■■■■■■■■■■■■■

No. 02–7373. LEE v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ■■■■■■■■■■■

No. 02–7374. RODRIGUEZ-BARCO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ■■■■■■■■■

No. 02–7375. ROWE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ■■■■■■■■■■

No. 02–7376. STONE v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ■■■■■■■■■■

No. 02–7377. OLSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ■■■■■■■■■■

No. 02–7379. QUINTERO-BERNAL v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ■■■■■■■■■■■■

No. 02–7383. GARDNER v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ■■■■■■■■■

No. 02–7384. FRANKLIN v. UNITED STATES. C. A. 7th Cir. Certiorari denied. ■■■■■■■■

No. 02–7386. ORTIZ-PARTIDA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ■■■■■■■■■■■

No. 02–7387. VASQUEZ-LOPEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ■■■■■■■■■■

No. 02–7388. WILLIAMS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. ■■■■■■■■■■

No. 02–7389. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ■■■■■■■■■

No. 02–7394. LOHR v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ■■■■■■■■

No. 02–7396. RILEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ■■■■■■■■■■

No. 02–7397. RAYO-VALDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ■■■■■■■■■